| AO-10 | |
|---|---|
| Rev. 1/2003 | |

# FINANCIAL DISCLOSURE REPORT

## ~~NOMINATION REPORT~~

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LIFLAND, JOHN C. | U.S. DISTRICT COURT DISTRICT OF NEW JERSEY | 7/31/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | ___ Nomination, Date _____ <br> ___ Initial ___ Annual ✓ Final | 1/01/06 — 5/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| MARTIN LUTHER KING BLDG. 50 WALNUT ST NEWARK NJ 07101-0999 | _____ _____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Co-Executor + Trustee | Estate # 1 |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| | |
| | |

2007 AUG -6 P 12: 01 FINANCIAL DISCLOSURE AL OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| LIFLAND, JOHN C. | 7/31/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1 The New York Intellectual Property Law Assoc. | Dinner + Hotel Expenses for one night in New York City March 23, 2007 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-59 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method (Q-W) | D. Transactions during reporting period (1) Type buy, sell, merger, redemption | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, | | | | | | | | | |
| Bank of America Common | E | Div | N | T | | | | | |
| M Common | B | Div | K | J | | | | | |
| 3 Western Resources Common | A | Div | J | T | | | | | |
| 4 IRA #1 | C | Div. Int. | N | T | | | | | |
| 5 Alcon common | | | | | | | | | |
| 6 America Movil SA ADR | | | | | | | | | |
| 7 American Healthways common | | | | | | | | | |
| 8 AT+T common | | | | | Buy | 4/27/07 | K | | |
| 9 Bridge + Iron common | | | | | | | | | |
| 10 Cisco Systems common | | | | | | | | | |
| 11 Comcast Corp. common | | | | | | | | | |
| 12 Fluor Corp. common | | | | | | | | | |
| 13 IBM common | | | | | | | | | |
| 14 Microsoft common | | | | | | | | | |
| 15 Penn-Virginia Common | | | | | | | | | |
| 16 Questar common | | | | | Sell | 3/22/06 | K | B | |
| 17 Sanmina common | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-59 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| Sym common | | | | | Sell | 1/10/07 | J | B | |
| Tidewater common | | | | | | | | | |
| 20 Holdings common | | | | | | | | | |
| Prudential Stable Value Money Mkt Fund | D | Div/Int | M | T | | | | | |
| 22 Manasquan Sav. Bank IRA | A | Int. | J | T | | | | | |
| 23 Bank of America | A | Int. | J | T | | | | | |
| 24 Estate # 2 Trust | A | Int. | K | T | | | | | |
| 25 3d Fed. S&L CD | A | Int. | J | T | | | | | |
| 26 Reed Uservices Inc. Pension Plan | A | Div. Int. | K | T | | | | | |
| 27 Hudson City Savings Bank | B | Int. | L | T | CLOSED | 12/27/06 | L | B | Funds Transferred to # 30 |
| 28 Lucent Tech. common | A | Div. | J | T | | | | | |
| 29 Manasquan Sav. Bank CD | A | Int. | J | T | | | | | |
| 30 Sovereign Bank | B | Int. | L | T | | | | | |
| 31 Sovereign Bank | A | Int. | J | T | | | | | |
| 32 Wachovia Bank CD | A | Int. | J | T | | | | | |
| 33 Wachovia Bank | A | Int. | J | T | | | | | |
| 34 TFS Financial Corp. common | A | Div. | J | T | BUY | 4/20/07 | J | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E $15,001-$50,000
(See Col. B1, D4)   F $50,001- $100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L $50,001- $100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O $500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LIFLAND, JOHN C. | 7/31/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VII (24) Remaining Estate #2 assets now in trust for beneficiary, ████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████     Date 7/31/07

NOTE: ANY ███████████████ FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544